## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Abel Torres-Perez                  CHAPTER 7

                 Debtor(s)

                                           BKY. NO. 20-11750 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                                   Respectfully submitted,
                                                   **/s/ Rebecca A. Solarz Esquire**
                                                   Rebecca A Solarz, Esquire
                                                   Kevin G. McDonald, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 627-1322